# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149537(56)

In re WANGLER/PASCHKE, Minors.

SC: 149537
COA: 318186
Sanilac CC Family Division:
     07-035009-NA

_____/

     On order of the Chief Justice, the joint motion of the Legal Services Association of Michigan and the Michigan State Planning Body for the Delivery of Legal Services to the Poor for leave to file an amicus curiae brief is GRANTED. The amicus brief will be accepted for filing if submitted on or before July 29, 2015.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2015

